FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I. CAPTION

MICHAEL CHAMBERS
(Enter the full name of plaintiff or plaintiffs)

- 0 6 - 7 3 9 -

v.

GOVENOR RUTH ANN MINNER
ATTORNEY GENERAL CARL DANBERG,
ET AL.
(Enter the full name of defendant or defendants)



FILED
DEC - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Instructions:

The caption of this application should be **identical** to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

II. DECLARATION

I, (your name) Michael Chambers, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of in forma pauperis status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?   yes ( ) no (X)

2. If you are not employed do you have other income?   yes ( ) no (X)

3. If "yes" to either of above, state source of monthly income and amount.

   source _____   amount _____

4. If "no," state date and place of last employment and amount of monthly   income.

   date and place  2006 SCI-Albion, Pennsylvania  amount $28.00

5. Do you have money in a prison account? yes ( ) no (X) amount _____
6. Do you have money in a bank account?   yes ( ) no (X) amount _____

7. Do you own or have an interest in valuable property such an automobile real estate, stocks, or bonds?   yes ( ) no (X)

   If "yes," describe property _____   value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_None_

9. State whether you have received within the past 12 months any money from any of the following sources:

   a. Business, profession or other form of self-employment  yes ( )  no (X)

   b. Rent payments, interest or dividends                   yes ( )  no (X)

   c. Pensions, annuities or life insurance payments          yes ( )  no (X)

   d. Gifts or inheritances                                   yes ( )  no (X)

   e. Any other sources                                       yes ( )  no (X)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_____

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_Michael D Chambers_                           _11·26·06_
SIGNATURE OF PLAINTIFF                          DATE

### IV. CERTIFICATION

Instructions:

Request that an appropriate prison official provide: 1) the information below concerning your inmate trust fund account balances; and 2) a certified copy of your inmate trust fund account statement showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _6.58_ on account to his credit at the _(HRYCI) Howard R. Young Correctional Institution_ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _150.00_ ; and that the average monthly deposits during the during the last six months were $ _100.00_ .

_[signature]_                                   _11/27/06_
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL       DATE

RECEIVED   MAIL NOV 27 P 12:19   BUSINESS OFFICE

```
RESIDENT HISTORY REPORT                                                       Page 1 of 1

HRYCI
11/27/06 12:19
ST 006 / OPR BSP

SBI             :  246261
Resident Name   :  CHAMBERS, MICHAEL D
Time Frame      :  01/13/2004 18:16 - 11/27/2006 12:19

-------------------------------------------------------------------------------
Date         Time    Type            ST    OPR     Receipt #       Amount      Balance
-------------------------------------------------------------------------------

01/13/2004   18:16   Intake           1    cobra   A1771            84.98        84.98
05/26/2006   12:20   Add              8    RP      H21326          100.00       184.98
05/31/2006   08:35   Order            2    DDT     B117468          47.17       137.81
05/31/2006   14:28   Order            9    DDT     I7583             4.10       133.71
05/31/2006   14:28   Credit           9    DDT     I7584             3.29       137.00
06/07/2006   10:02   Order            2    DDT     B118531          59.03        77.97
06/08/2006   14:24   Credit           2    DDT     B118718           1.30        79.27
06/08/2006   14:28   Order            9    DDT     I7705             1.30        77.97
06/13/2006   10:48   Order            2    DDT     B119524          48.40        29.57
06/14/2006   11:03   Add              4    SED     D49455           25.00        54.57
06/19/2006   12:45   Add              4    SEA     D49783           15.00        69.57
06/20/2006   11:31   Order            2    DDT     B120501          40.18        29.39
07/04/2006   10:22   Order            2    DDT     B122554          28.98         0.41
07/11/2006   07:02   Order            2    WLH     B123324           0.40         0.01
07/12/2006   13:41   Credit           9    DDT     I8282             0.40         0.41
07/19/2006   12:13   Add              4    SED     D51210           25.00        25.41
07/24/2006   12:03   Add              4    SED     D51405          250.00       275.41
07/24/2006   15:19   Rec Payment     10    bsp     J4582             7.25       268.16
07/25/2006   10:10   Order            2    DDT     B125688          47.68       220.48
08/01/2006   14:16   Order            2    WLH     B126593          59.79       160.69
08/02/2006   11:41   Add              4    SED     D52050           25.00       185.69
08/09/2006   08:55   Order            2    WLH     B127720          27.35       158.34
08/11/2006   13:30   Credit          11    WLH     K195             27.35       185.69
08/15/2006   13:51   Order            2    DDT     B128755          54.71       130.98
08/21/2006   10:01   Credit          11    DDT     K295              4.90       135.88
08/24/2006   12:22   Add              4    SED     D53408           20.00       155.88
08/30/2006   06:39   Order            2    WLH     B130796          51.96       103.92
09/01/2006   10:47   Order           11    DDT     K566              9.17        94.75
09/03/2006   13:04   Add              8    GLD     H23912           80.00       174.75
09/08/2006   06:47   Order            2    WLH     B131791          53.62       121.13
09/18/2006   05:53   Order            2    WLH     B132846          59.37        61.76
09/18/2006   10:33   Credit           3    WLH     C14744            1.22        62.98
09/25/2006   07:03   Order            2    WLH     B134065          20.07        42.91
09/25/2006   11:12   Credit           3    WLH     C14950            1.22        44.13
10/02/2006   09:08   Order            2    DDT     B135089          36.68         7.45
10/02/2006   13:22   Order            3    WLH     C15215            2.10         5.35
10/03/2006   14:20   Add              4    SEA     D55765          300.00       305.35
10/04/2006   13:19   Add              4    SEA     D55811          100.00       405.35
10/09/2006   06:55   Order            2    DDT     B136099          51.69       353.66
10/12/2006   09:46   Withdrawal       6    kjg     F22449           60.00       293.66
10/16/2006   10:28   Order            2    DDT     B137217          59.10       234.56
10/18/2006   13:44   Rec Payment     10    bsp     J6313             4.75       229.81
10/18/2006   13:50   Rec Payment     10    bsp     J6320            11.50       218.31
10/20/2006   12:08   Add              4    SED     D56799           20.00       238.31
10/23/2006   09:00   Order            2    DDT     B138327          34.99       203.32
10/30/2006   08:24   Order            2    WLH     B139331          55.53       147.79
11/01/2006   13:10   Rec Payment     10    bsp     J6509            10.00       137.79
11/06/2006   10:27   Order            2    WLH     B140569          37.94        99.85
11/09/2006   12:05   Rec Payment     10    bsp     J6586             8.25        91.60
11/13/2006   09:58   Order            2    WLH     B141449          59.60        32.00
11/20/2006   08:47   Rec Payment     10    bsp     J6968             1.25        30.75
11/20/2006   08:55   Order            2    WLH     B142475          24.17         6.58
```