```
FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE ~~~~~~~ DISTRICT OF DELAWARE
```

I. CAPTION

MICHAEL CHAMBERS
(Enter the full name of the plaintiff or plaintiffs)

v.

GOVENOR RUTH ANN MINNER
ATTORNEY GENERAL CARL DANBERG,
ET AL.
(Enter the full name of the defendant or defendants)

FILED
DEC -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

- 06 - 739 -

II. PARTIES

a. Plaintiff

Full name: Michael Chambers

Prison identification number: SBI# 246261

Place of present confinement: Howard R. Young Correctional Institution

Address: 1301 East 12th Street, Wilmington, DE 19809

Place of confinement at time of incidents or conditions alleged in complaint, including address:

Che

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Govenor Ruth Ann Minner

   Place of employment and section or unit: Govenor of the State of Delaware

2. Full name including title: Attorney General Carl Danberg

   Place of employment and section or unit: Attorney General of Delaware

3. Full name including title: _____

   Place of employment and section or unit: _____

4. Full name including title: _____

   Place of employment and section or unit: _____

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

### III. PREVIOUS LAWSUITS

*Instructions:*

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs _____

Defendants _____

Issues: _____

_____

Court: if federal, which district? _____

if state, which county? _____

Docket number: _____   Date filed: _____

Name of presiding judge: _____

Disposition: (check correct answer(s)); Date: _____

Dismissed ___   Reason? _____

Judgment ___   In whose favor? _____

Pending ___   Current status? _____

Other ___   Explain _____

Appeal filed? ___   Current status? _____

Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

### IV. ADMINISTRATIVE REMEDIES

*Instructions:*

Provide the information requested below if there is an **administrative** procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

   Type of procedure. (grievance, disciplinary review, etc.)
   _____

   Authority for procedure. (DC-ADM, inmate handbook, etc.)
   _____

   Formal or informal procedure. _____

   Who conducts the initial review? _____
   _____

   What additional review and appeals are available? ___
   _____
   _____

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

   On what date did you request initial review? _____

   What action did you ask prison authorities to take? __
   _____

   What response did you receive to your request? _____
   _____

   What further review did you seek and on what dates did you file the requests? _____
   _____

   What responses did you receive to your requests for further review?
   _____
   _____
   _____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.
   <u>The Remedy for issues raised exist in Federal Court under 42 U.S.C. § 1983 Civil Rights Complaint.</u>

## V. STATEMENT OF CLAIM

*Instructions:*

State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are *factually related.* Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

Statement of claim:

The State of Delaware Knowingly and Unlawfully transfered Petitioner from Pennsylvania to Delaware in violation of the Interstate Agreement on Detainers Act, Article III.

The Plaintiff asserts the State of Delaware Officials under 42 U.S.C. § 1983 are liable for violations of the terms of the Detainer Agreement. See: Maine v. Thiboutot, 448 U.S. 1, 100 S.Ct. 2502, 65 L.Ed. 2d 555 (1980).

## VI. RELIEF

*Instruction:* Briefly state exactly what you want the Court to do for you.

Relief sought:

A Thousand Dollars a Day for each day Plaintiff has been held in Delaware in violation of the Interstate Agreement on Detainers Act.

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

_12-3-06_
DATE

_Michael D. Chambers_
SIGNATURE OF PLAINTIFF(S)



WILMINGTON DE 197
04 DEC 2006 PM 1 T

U.S.M.
(FAX)

Peter T. Dalleo. Clerk
Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilm, Delaware 19801-3570

Michael Chambers 246-261
P.O. Box 9561
Wilm, De. 19809