IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL L. CHAMBERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 06-739 JJF |
| | ) |
| GOVERNOR RUTH ANN MINNER, | ) |
| ATTORNEY GENERAL CARL DANBERG, | ) |
| | ) |
|     Defendants. | ) |

**AUTHORIZATION**

    I, Michael L. Chambers, SBI #246261, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $33.32 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  12/14  , 2006.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: December 19 , 2006.



_Michael Chambers_
Signature of Plaintiff

Michael Chambers 246-261
P.O. Box 9561
Wilm, De. 19809

WILMINGTON DE 197
20 DEC 2006 PM

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware. 19801