IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL L. CHAMBERS, | : |
| Plaintiff, | : |
| v. | : Civ. No. 06-739-JJF |
| GOVERNOR RUTH ANN MINNER and ATTORNEY GENERAL CARL DANBERG, | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, at Wilmington this 10 day of January, 2007, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Amendment of the Complaint would be futile. See Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d. Cir. 1976).

2. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE