IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL D. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-739-JJF |
| | ) | |
| GOVERNOR RUTH ANN MINNER, | ) | |
| AND COMMISSIONER CARL DANBERG | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

COME NOW Defendants, Governor Ruth Ann Minner and Commissioner Carl Danberg, by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting an enlargement of sixty days within which to file a response to Plaintiff's Complaint. In support of this motion, Defendants offer the following:

1.  On or about December 5, 2006, Plaintiff filed this Complaint. (D.I. 2).

2.  On or about June 8, 2007, Defendant Governor Ruth Ann Minner was served with the Complaint with an answer due by June 28, 2007. (D. I. 11).

3.  On or about June 8, 2007, a waiver of service was sent for Defendant Commissioner Carl Danberg with an answer due by August 7, 2007. (D. I. 12).

4.  Defense counsel anticipates being able to file a responsive pleading. However, response to Plaintiff's Complaint requires the collection and review of records. The documents have been requested. However, not all of them have been received as of this date and severe time constraints have created the need for more time to review records and draft a response.

5.  This is the defendants' first request for an extension of time in which to file a responsive pleading in this matter.

6. There is no trial date scheduled in this case.

WHEREFORE, for the reasons stated herein, Defendants Minner and Danberg respectfully request that the Court grant this Motion for Enlargement of Time and enter an order in the form attached hereto, with the appropriate dates provided at the Court's discretion.

                **STATE OF DELAWARE**
                **DEPARTMENT OF JUSTICE**

                /s/ Ophelia M. Waters
                Ophelia M. Waters, Atty ID # 3879
                Deputy Attorney General
                820 N. French Street, 6th floor
                Wilmington, DE 19801
                (302) 577-8400
                ophelia.waters@state.de.us

Date: June 26, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL D. CHAMBERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-739-JJF |
| ) | |
| GOVERNOR RUTH ANN MINNER, ) | |
| AND COMMISSIONER CARL DANBERG) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This _____ day of _____, 2007,

**WHEREAS,** Defendants, Governor Ruth Ann Minner and Commissioner Carl Danberg, having requested an enlargement of time of sixty days in which to file a responsive; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Enlargement of Time be granted and said Defendants shall file a responsive pleading on or before August 24, 2007.

_____
Joseph J. Farnan, Jr., Judge
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL D. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-739-JJF |
| | ) | |
| GOVERNOR RUTH ANN MINNER, | ) | |
| AND COMMISSIONER CARL DANBERG | ) | |
| | ) | |
| Defendants. | ) | |

## 16.5 CERTIFICATE OF COUNSEL

In compliance with Local Rule of Civil Procedure 16.5, counsel for the Defendants making the request for enlargement of time to file a responsive pleading files this Certificate and states:

I certify that the Defendant has been provided with copies of the Motion for Enlargement of Time and that service has been sent by regular mail.

/s/ Ophelia M. Waters
Ophelia M. Waters, Atty ID # 3879
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us

Date: June 26, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL D. CHAMBERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-739-JJF |
| GOVERNOR RUTH ANN MINNER, AND COMMISSIONER CARL DANBERG | ) ) ) |
| Defendants. | ) ) |

## 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. The plaintiff is an inmate incarcerated in the Delaware Correctional system, at the Delaware Correctional Center, Smyrna, Delaware.

2. Since the plaintiff is not able to be reached by telephone, counsel for Defendant has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3. She assumes that the motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, Atty. ID # 3879
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us

Date: June 26, 2007

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on June 26, 2007, I electronically filed *Defendant's Motion for Enlargement of Time* with the Clerk of Court using CM/ECF. On June 26, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Michael D. Chambers, Inmate
SBI No.:  246261
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

    /s/ Ophelia M. Waters
Ophelia M. Waters, Atty ID # 3879
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us