6-24-07

I'm writing in reference to recieving a Dockett Sheet on All filings in this Court Ive been moved to Another prison So, I would Appreciate it if, I could recieve All filings from the party's in my current case to be sent to the enveloped address. I Also would like to know the status of the 285 U.S. Marshall form's that were suppose to be served to the party's in my case. I'm really looking forward to recieving A response As Soon As possible.

Thank You

Civ. No. 06-739-JJF

Michael Chambers

CG 9667

FILED

JUN 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD
scanned

Name _Michael / Chambers_

Number _GG 9667_

Unit/Side _B/B_
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS



UNITED STATES POSTAGE
$ 00.41°
PITNEY BOWES
02 1A
0004335314    JUN 25 2007
MAILED FROM ZIP CODE 16401

OFFice oF the Clerk

United States District Court

844 N. King Street, Lock box 18

Wilmington, Delaware. 19801-3570

19801357O C012