IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL D. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-739-JJF |
| | ) | |
| GOVERNOR RUTH ANN MINNER, | ) | |
| AND COMMISSIONER CARL DANBERG | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This ___29___ day of ___June___, 2007,

**WHEREAS,** Defendants, Governor Ruth Ann Minner and Commissioner Carl Danberg, having requested an enlargement of time of sixty days in which to file a responsive; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED,** that Defendants' Motion for Enlargement of Time be granted and said Defendants shall file a responsive pleading on or before August 24, 2007.

Joseph J. Farnan, Jr., Judge
United States District Court Judge