IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL D. CHAMBERS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-739-JJF |
| | ) | |
| | ) | |
| GOVERNOR RUTH ANN MINNER, | ) | |
| and ATTORNEY GENERAL | ) | |
| CARL DANBERG | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' MOTION TO DISMISS**

NOW COME, the State Defendants, Ruth Ann Minner, Governor of the State of Delaware and Carl C. Danberg, former Attorney General of the State of Delaware ("State Defendants") by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the moving State Defendants. In support of their Motion to Dismiss, the State Defendants have filed simultaneously herewith a Memorandum of Points and Authorities demonstrating the requested relief.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Ophelia M. Waters
        Ophelia M. Waters, I.D. #3879
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400

## *CERTIFICATE OF SERVICE AND MAILING*

I hereby certify that on August 23, 2007, I electronically filed *State Defendants' Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on August 23, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Michael D Chambers, Inmate
GG 9667, Unit/Side B/B
State Correctional Institution
10745, Route #18
Albion, PA  16475-0002

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL D. CHAMBERS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-739-JJF |
| | ) | |
| | ) | |
| GOVERNOR RUTH ANN MINNER, | ) | |
| and ATTORNEY GENERAL | ) | |
| CARL DANBERG | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2007, the Motion to Dismiss filed by State Defendants in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movants and against the Plaintiff.

_____
The Honorable Joseph J. Farnan, Jr.,
United States District Court