IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| MICHAEL D. CHAMBERS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-739-JJF |
| | ) | |
| | ) | |
| GOVERNOR RUTH ANN MINNER, | ) | |
| and ATTORNEY GENERAL | ) | |
| CARL DANBERG | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, on August 23, 2007, Defendants filed a Motion to Dismiss (D.I. 17);

WHEREAS, Plaintiff's Answering Brief to the Motion to Dismiss was due on September 11, 2007;

WHEREAS, Plaintiff has not yet responded to Defendants' Motion;

NOW THEREFORE IT IS HEREBY ORDERED that:

1.   Plaintiff shall file an Answering Brief to Defendants' Motion to Dismiss (D.I. 17) **no later than Friday, December 14, 2007.** If Plaintiff does not file an Answering Brief by the date indicated, the Court will decide the Motion on the papers submitted.

2.  A copy of this Order is being mailed to Plaintiff at
    SCI-Albion, SBI# 246261, 10745 Route 18, Albion, PA
    16475-0002.

November 28, 2007

UNITED STATES DISTRICT JUDGE