IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL D. CHAMBERS,          :
                              :
        Plaintiff,            :
                              :
v.                            : Civil Action No. 06-739-JJF
                              :
GOVERNOR RUTH ANN MINNER and  :
ATTORNEY GENERAL CARL DANBERG,:
                              :
                              :
        Defendants.           :

## O R D E R

At Wilmington, this 1 day of February, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that State Defendants' Motion To Dismiss(D.I. 17) is **GRANTED** as Plaintiff has failed to exhaust the statutorily required administrative remedies and the Amended Complaint fails to state a claim upon which relief may be granted.

                                   _____
                                   UNITED STATES DISTRICT JUDGE